**DISMISS; and Opinion Filed October 14, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01089-CV

**REYES WRECKER SERVICE AND ROBERTO MONTEMAYOR, Appellants**

**V.**

**THERESA HAMPDEN, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02510**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion Per Curiam

The Court has before it the parties' September 25, 2013 agreed motion to dismiss. We

**GRANT** the motion and **DISMISS** this appeal. *See* TEX. R. APP. P. 42.1.

PER CURIAM

131089F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

REYES WRECKER SERVICE AND
ROBERTO MONTEMAYOR, Appellants

No. 05-13-01089-CV  V.

THERESA HAMPDEN, Appellee

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-02510.
Opinion delivered Per Curiam. Justices
O'Neill, Lang-Miers and Evans sitting for
the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 14th day of October, 2013.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE